UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05790
   ANNIE B STUCKEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-0416


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/11/2008 and was confirmed 06/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.05%.

     The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| 74TH STREET DEPOT FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| ATT MOBILITY | UNSECURED | 256.24 | .00 | .00 |
| AT&T BROADBAND | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T BROADBAND | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T BROADBAND | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1220.00 | .00 | .00 |
| CHICAGO DEPT OF REVENUE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY CHICAGO DEPT OR REV | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 228.84 | .00 | .00 |
| CREDITORS COLL BUR INC | UNSECURED | 1273.44 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 726.67 | .00 | .00 |
| FIRST PREMIER | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 289.93 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | NOTICE ONLY | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MCI | NOTICE ONLY | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 353.75 | .00 | .00 |
| ISLE OF CAPRI | NOTICE ONLY | NOT FILED | .00 | .00 |
| NDC CHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR | UNSECURED | NOT FILED | .00 | .00 |
| PATRICIA M FENNELL | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 05790 ANNIE B STUCKEY

```
PEOPLES ENERGY/GAS         NOTICE ONLY    NOT FILED                    .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED                    .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED                    .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        711.10                     .00              .00
CBUSASEARS                 NOTICE ONLY    NOT FILED                    .00              .00
PREMIER BANKCARD           UNSECURED        236.17                     .00              .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED                    .00              .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED                    .00              .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED                    .00              .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED                    .00              .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED                    .00              .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED                    .00              .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED                    .00              .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED                    .00              .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED                    .00              .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED                    .00              .00
SUBURBAN HEIGHTS MEDICAL   UNSECURED      NOT FILED                    .00              .00
T-MOBILE USA               UNSECURED        697.77                     .00              .00
T MOBILE BANKRUPTCY DEPT   NOTICE ONLY    NOT FILED                    .00              .00
ROUNDUP FUNDING LLC        UNSECURED         53.07                     .00              .00
UNIFUND CORP               UNSECURED      NOT FILED                    .00              .00
UNIFUND CCR PARTNERS       NOTICE ONLY    NOT FILED                    .00              .00
VERTINA DORSEY & TINA FU   UNSECURED      NOT FILED                    .00              .00
VERTINA DORSEY & TINA FU   NOTICE ONLY    NOT FILED                    .00              .00
WELLGROUP HEALTH PARTNER   UNSECURED       2755.20                     .00              .00
WELLGROUP HEALTH PARTNER   NOTICE ONLY    NOT FILED                    .00              .00
WELLS FARGO AUTO FINANCE   UNSECURED      NOT FILED                    .00              .00
WELLS FARGO AUTO FINANCE   NOTICE ONLY    NOT FILED                    .00              .00
PAULIE FULTON              NOTICE ONLY    NOT FILED                    .00              .00
ROBBIE OSBOURNE            NOTICE ONLY    NOT FILED                    .00              .00
CITIMORTGAGE INC           CURRENT MORTG   5639.60                     .00          5639.60
CITIMORTGAGE INC           MORTGAGE ARRE  47099.22                     .00              .00
CITIMORTGAGE INC           UNSECURED      NOT FILED                    .00              .00
HAUSELMAN & RAPPIN         NOTICE ONLY    NOT FILED                    .00              .00
74TH STREET DEPOT FEDERA   SECURED NOT I   8350.13                     .00              .00
T-MOBILE USA               UNSECURED        458.26                     .00              .00
MONIQUE MCCRUEL            NOTICE ONLY    NOT FILED                    .00              .00
TIMOTHY K LIOU             DEBTOR ATTY       .00                                        .00
TOM VAUGHN                 TRUSTEE                                                   490.40
DEBTOR REFUND              REFUND                                                       .00
```

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        6,130.00

PRIORITY                                           .00
SECURED                                       5,639.60

                    PAGE  2 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 05790 ANNIE B STUCKEY

```
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                        490.40
DEBTOR REFUND                                                  .00
                         ----------------       ----------------
TOTALS                          6,130.00               6,130.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 12/22/08                   _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE